70 F.3d 1256
 Krueger Associates, Inc., Trading as National Fulfillment Services
v.
ADT Security Systems-Mid South, Inc., ADT Security Systems,
Icn. v. Eugene Krueger, d/b/a Holmes Corporatate Center,
d/b/a Holmes Industrial Office Center, Samuel Mendicino,
d/b/a Holmes Corporate Center, d/b/a Holmes Industrial
Office Center, Eugene Krueger, Samuel Mendicino,, d/b/a
Holmes Corporation Center, Holmes Industries Office Center
 NO. 95-1056
 United States Court of Appeals,
Third Circuit.
 Oct 13, 1995
 Appeal From: E.D.Pa., No. 93-01040
 
 1
 APPEAL DISMISSED.